| | |
|---|---|
| 1 | ADAM WANG (STATE BAR NUMBER 201233)<br>DAL BON & WANG |
| 2 | 12 South First Street, Suite 613<br>San Jose, Ca 95113 |
| 3 | Tel: (408) 421-3403<br>Fax: (408) 351-0261 |
| 4 | |
| 5 | Attorney for Plaintiff<br>Xi-Yan Zhao |
| 6 | Lynne L. Bentley, Esq.<br>Samuel L. Phillips, Esq. |
| 7 | BORTON, PETRINI & CONRON, LLP<br>99 Almaden Boulevard, Suite 700 |
| 8 | San Jose, CA 95113<br>Telephone (408) 535-0870 |
| 9 | Facsimile (408) 535-0878 |

*E-filed 1/27/06*

Attorneys for Defendants
Southland Taste Corp. & I Chen Chen

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XI-YAN ZHAO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SOUTHLAND TASTE CORP., ET AL.<br><br>　　　　Defendants | Case No.: C05-04607 HRL<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff Xi-Yan Zhao and Defendants Southland Taste Corp., and I Chen Chen, through their respective counsel, stipulate as follows:

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release of All Claims ("Settlement Agreement").

2. Parties agree to request the Court to retain the jurisdiction for the purpose of enforcing the Settlement Agreement.

1　　　　　　　　　　　　　　　　　　Case No.　C05-04606 HRL

3. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice, and retain jurisdiction to enforce the Settlement Agreement through a motion or motions brought by either party.

DAL BON & WANG
ADAM WANG

Dated: January 24, 2006          By: /s/ AM WANG
                                    Attorney for Plaintiff
                                    Xi-Yan ZHao


BORTON, PETRINI & CONRON, LLP
SAMUEL L. PHILLIPS

Dated: January 24, 2006          By: /s/ SAMUEL L. PHILLIPS
                                    Attorney for Defendants
                                    Southland Taste Corp. & I Chen Chen

_____

**[PROPOSED] ORDER**

The court will retain jurisdiction over this matter until March 31, 2006.
Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated: January 27, 2006          By: /s/ Howard R. Lloyd
                                    HOWARD R. LLOYD
                                    United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Howard R. Lloyd]*

2                                    Case No.   C05-04606 HRL

**STIPULATION TO DIMISS & [PROPOSED] ORDER**
Zhao v. Southland Taste Corp., et al.